SOUTH–CENTRAL TIMBER DEVELOPMENT, INC., Plaintiff-Appellee,

v.

Esther WUNNICKE, Commissioner of Department of Natural Resources of the State of Alaska; et al., Defendants-Appellants,

Kenai Lumber Company, Intervenor-Defendant-Appellant.

Nos. 81–3053, 81–3081.

United States Court of Appeals, Ninth Circuit.

Nov. 9, 1984.

LeRoy E. DeVeaux, Wanamaker, DeVeaux & Crabtree, Anchorage, Alaska, for South-Central Timber Development, Inc.

Shelley J. Higgins, Asst. Atty. Gen., Anchorage, Alaska, for LeResche and State of Alaska.

Richard Helm, Burr, Pease & Kurt, Anchorage, Alaska, for Kenai Lumber Co.

Before GOODWIN, KENNEDY, and SKOPIL, Circuit Judges.

ORDER

The judgment of this court, 693 F.2d 890 (9th Cir.1982), is vacated, in compliance with the mandate of the Supreme Court of the United States, — U.S. ——, 104 S.Ct. 2237, 81 L.Ed.2d 71. The case is remanded to the district court for further proceedings.